**JUDGE KEADY**

| TITLE OF CASE | ATTORNEYS |
|---|---|
| REBECCA E. HENRY, ET AL<br>VS<br>CLARKSDALE MUNICIPAL SEPARATE SCHOOL DISTRICT,<br>ET AL, AND CLARKSDALE-COAHOMA SCHOOL BOARD, ET AL | *For Plaintiff:*<br>Melvyn R. Leventhal, 10 Columbus Circle, New York, N.Y. 10019<br>~~Paul Brest & Iris Brest, 538½ N. Farish, Jackson, Miss. 39202 & Reuben V. Anderson,~~ same address<br>Fred L. Banks<br>P. O. Box 290<br>Jackson, MS 39205<br><br>*For Defendant:*<br>~~Semmes Luckett, 121 Yazoo Ave Clarksdale, Miss.~~<br>~~Wm. H. Maynard, Stevens Bldg. Clarksdale, Miss.~~<br>John H. Cocke<br>Merkel & Cocke<br>P. O. Box 1388<br>Clarksdale, MS 38614<br>601/624-9641 |

| DATE | PLAINTIFF'S ACCOUNT | RECEIVED | DISBURSED | DATE | DEFENDANT'S ACCOUNT | RECEIVED | DISBURSED |
|---|---|---|---|---|---|---|---|
| 4/22/64 | Filing Fee | $15.00 | R#10122 | | | | |

| ABSTRACT OF COSTS | | RECEIPTS, REMARKS, ETC. |
|---|---|---|
| TO WHOM DUE | AMOUNT | |
| | | Action: Civil Rights, school desegregation |

7—1597     U. S. GOVERNMENT PRINTING OFFICE: 1926

7—1597

| DATE | FILINGS—PROCEEDINGS | CLERK'S FEES | | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|---|---|
| | | PLAINTIFF | DEFENDANT | |
| 4/22/64 | Complaint, filed.                             JS5 | | | |
| 4/22/64 | Motion for Preliminary Injunction, filed. | | | |
| 4/22/64 | Summons issued (together with copies of Complaint and Motion) and mailed to Marshal, Oxford. | | | |
| 4/30/64 | Summons filed with Marshal's Return; served 4/24/64 at Clarksdale, Leon Porter, Harvey Gresham, Paul Hunter, Graham Bramlett, Gycelle Tynes, Chester H. Curtis, Dr. William Wilkins; on 4/25/64 at Clarksdale, Billy Frazier, Jr., Jimmy Humber; C.M. Allen served 4/24/64 at Lula, and Malcolm Commer on 4/24/64 at Jonestown, and S.H. Kyle on 4/24/64 at Roundaway. | | | |
| 5/8/64 | Defts' Motion to enlarge time for answers, filed. | | | |
| 5/11/64 | Pltf's Notice of hearing of Motion for Preliminary Injunction, filed. | | | |
| 5/11/64 | Order enlarging time for Defts to answer up to and including June 10, 1964, ent COB 2 p | | | |
| 5/13/64 | Notice of Dismissal of Action as to Party Plaintiffs (4 Thomas children), filed. | | | |
| 6/1/64 | Received Memorandum Brief In Support of Plaintiffs' Motion For A Preliminary Injunction with Affidavit of Aaron E. Henry attached. Mailed same to Judge Clayton, Tupelo, Miss. | | | |
| 6/10/64 | Answer of Clarksdale Municipal Separate School District, et al, filed. | | | |
| 6/10/64 | Answer of Clarksdale-Coahoma School Board, et al, filed. | | | |
| 6/10/64 | Defts' Motion to Strike Para. 10 of Complaint, filed. | | | |
| 6/27/64 | Order for Preliminary Injunction against Clarksdale Municipal Separate School District, (no relief granted at this time against the other Defts. but retained as Defts.) ent COB 2 pp 628-630. Copies of Order mailed to all counsel by Judge's Sec | | | |
| 6/29/64 | Certified copies of Order mailed to each member, Board of Trustees, C'dale Mun.Sep.Schb | | | |
| 6/29/64 | Certificate of Clerk of service by certified mail on Board members, filed. | | | |
| 6/29/64 | Notice of entry of Order and service on Board members mailed to counsel. | | | |
| 7/27/64 | Deft's Plan for Desegragation of schools of Clarksdale Municipal Separate School District, filed. | | | |
| 7/30/64 | Pltffs' Objections to Desegragation Plans and Motion for Revised Plan, with Notice of Motion, filed. | | | |
| 8/10/64 | Filed Resolution Of Board of Trustees Of The Clarksdale Municipal Separate School District Dividing The School District Into Elementary School Subdistricts, Junior High School Subdistricts and Senior High School Subdistricts, And Establishing Attendance Areas Or Zones Within Such Subdistricts, And Maps Reflecting Such Subdistricts And Attendance Areas Or Zones. | | | |
| 8/19/64 | Before Judge Clayton (at Oxford) 1 day hearing held on issue of Temp. Injunction. | | | |
| 8/20/64 | Order releasing certain maps to Court Report, ent COB 2 p 637 | | | |
| 8/22/64 | Order signed Aug. 19, 1964, ordering certain desegregation plans, ent COB 2 p 638. | | | |
| 8/24/64 | Notice of entry of Order, with copies mailed to counsel. | | | |

| DATE | FILINGS—PROCEEDINGS | CLERK'S FEES | | AMOUNT REPORTED IN EMOLUMENT RETURNS |
| --- | --- | --- | --- | --- |
| | | PLAINTIFF | DEFENDANT | |
| 10/26/64 | Court Reporter's Transcript of Hearing at Oxford on 8/19/64, filed. | | | |
| 11/25/64 | Pltf's Interrogatories to Deft., filed. | | | |
| 12/9/64 | Pltf's Motion to substitute certain Defts, filed. Photocopy mailed to Law Clerk. | | | |
| 1/7/65 | Pltfs' Motion for further injunctive relief, filed. Photocopy mailed to Law Clerk. | | | |
| 1/6/65 | Order Substituting certain Defts, ent COB 2 p 674. Notice of entry mailed to counsel. | | | |
| 1/12/65 | Copy of Judge Clayton's letter to counsel recd, advising them that Motion for further injunctive relief would be heard during March term at Clarksdale. | | | |
| 1/13/65 | Defts' Answers to Pltfs' Interrogatories, filed, with 2 maps as Exhibits. | | | |
| 2/4/65 | Pltfs' Interrogatories (second set) to Defts, filed. | | | |
| 2/17/65 | Notice of setting for court trial, 2 days, Apr. 8 & 9, 1965, mailed to counsel. | | | |
| ~~3/8/65~~ | ~~Filed deposition of Doctor William T. Wilkins~~ | | | |
| /9/65 | Filed deposition of Dr. William T. Wilkins. | | | |
| /9/65 | Filed deposition of Mrs. Pearlie May Browner. | | | |
| /9/65 | Filed deposition of Mary Ann Williams. | | | |
| /9/65 | Filed deposition of Lillie Wilson. | | | |
| 4/7/65 | Defts' Answers to second set of Interrogatories, filed. | | | |
| 4/8/65 | Before Judge Clayton, hearing on motion for further injunctive relief, begun, continued 4/9/65 and concluded. | | | |
| 4/9/65 | Order permitting Court Reporter to remove Exhibits for 30 days, ent COB 2 p 712. | | | |
| 4/10/65 | Spas. filed with Marshal's Return; served 4/5/65, A. Isaacson, Abe May, Hymen Kantor, J. W. McKellar, Hudson Bell and W. S. Kincade. | | | |
| 5/11/65 | Court Reporter's Transcript ( 2 Vol.) of hearing on 4/8/65 and 4/9/65, filed. | | | |
| 5/17/65 | Stipulation as to facts concerning boundary changes in City of Clarksdale during 1964, filed. | | | |
| 7/7/65 | Court Reporter's Stenotype Notes of hearing on April 8 & 9, 1965, filed.(inClosed files) | | | |
| 7/7/65 | Court Reporter's Stenotype notes of hearing on 8/19/64, filed.(in closed files) | | | |
| 7/9/65 | Court Reporter's Transcript, 2 Vol(duplicate of those filed 5/11/65), filed. | | | |
| 8/11/65 | Memorandum Opinion, filed. | | | |
| 8/11/65 | Order for Permanent Injunction(as to certain issues) Part I and II, ent COB 2, pp 725-728. Copies of Opinion and Order mailed to all counsel by Judge's Secty. | | | |
| 8/11/65 | Notice of entry of Order mailed to counsel. | | | |
| 8/20/65 | Pltfs' Motion to Amend Findings and Judgment, filed. Photocopy of Motion mailed to Law Clerk. | | | |
| 8/31/65 | Memorandum and Order signed 8/30/65, overruling Pltfs' Motion to Amend Findings and Judgment, ent COB 2 p 735. Copy mailed to all counsel by Judge's Secty. Notice of entry of Order mailed to all counsel by Clerk. | | | |
| 9/24/65 | Pltfs' Motion for Further Relief (to grant transfer application of Betty Jean Yarbrough), filed. Copy mailed by counsel to Law Clerk. | | | |

CIVIL DC6428
Case: 2:64-cv-00028-MPM Doc #: 1 Filed: 03/16/10 4 of 14 PageID #: 4

GPO 7—1597

| DATE | FILINGS—PROCEEDINGS | CLERK'S FEES | | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|---|---|
| | | PLAINTIFF | DEFENDANT | |
| 9/24/65 | Defts' Response to Pltf's Motion for further Relief (to grant transfer application of Betty Jean Yarbrough), filed. Copy mailed to Law Clerk by counsel. | | | |
| 10/1/65 | Revised Plan for Elementary Attendance Zones in Subdistricts E1 and E2, Petition for its Approval and Other Relief filed. Copy to Law Clerk by cour | | | |
| 10/2/65 | Memorandum Opinion and Order signed 10/1/65, on Motion for the Benefit of Bettye Jean Yarbrough, ent COB 2 pp 741-742. | | | |
| 10/2/65 | Cert. copy of Opinion and Order sent by certified mail to counsel for plaintiffs and defendants. | | | |
| 10/2/65 | Order Amending Previous Order of 8/10/65(that transfers must be made within 10 days after school opening) ent COB 2 p 743. Copy of Order mailed to counsel by Judge's Secty. | | | |
| 10/7/65 | Order Amending Order for Permanent Injunction (of 8/10/65) correcting attendance zone numbers, ent. COB 2 p 743. Copies of Order mailed to counsel by Judge's Secty. | | | |
| 10/9/65 | Pltfs' Interrogatories to Deft. filed.( 1 thru 11) | | | |
| 10/25/65 | Pltfs' Objections to Defts' Revised Plan, and other Objections, filed. Notified Law Clerk by telephone of filing of objections and request for hearing. | | | |
| 10/28/65 | Notice of hearing set for 11/15/65 mailed to counsel. | | | |
| 10/28/65 | Defts' Answer to Interrogatories (1, 2, 6, 7, 9, 10 and 11), filed. | | | |
| 10/28/65 | Defts' Objections to other Interrogatories and motion for Order to Strike, filed. Memo to Law Clerk of Objections to Interrogatories and Motion to Strike. | | | |
| 11/5/65 | Pltfs' Objections to Defts' Motion to Strike Interrogatories, filed. Memo to Law Clerk of filing of objections to Motion. | | | |
| 11/15/65 | Court Hearing on Objections to Revised Plan and Objections to Interrogatories begun and cloncluded. | | | |
| 11/24/65 | Filed Further Answer To Interrogatory Numbered 2 in Interrogatories Dated October 7, 1965. (Copy of answer furnished Judge Clayton by Semmess Luckett, Atty. for Clarksdale Schools) | | | |
| 11/26/65 | Filed Court Reporter's transcript of proceedings held 11/15/65 at Clarksdale, Miss. | | | |
| 11/26/65 | Entered Order Sustaining In Part Objections To Interrogatories. C.O.B. 2, Pg. 756 | | | |
| 11/26/65 | Mailed notices to all counsel of record of entry of above Order. | | | |
| 12/14/65 | Court's Memorandum Opinion, filed. | | | |
| 12/14/65 | Order signed Dec. 13, 1965, approving defts' Revised Plan,(except denying Defts. authority to change boundaries within subdistricts)and retaining jurisdiction, ent. COB 2, pp 766-767. Copies of Opinion and Order mailed by Judge's Secty. to all counsel. | | | |

| DATE | FILINGS—PROCEEDINGS | CLERK'S FEES | | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|---|---|
| | | PLAINTIFF | DEFENDANT | |
| 12/17/65 | Plaintiffs' Notice of Appeal, filed. | | | |
| 12/21/65 | Bond for Costs on Appeal, $250 (CASH) filed. | | | |
| 12/21/65 | Designation of Record on Appeal, filed. | | | |
| 12/21/65 | Record on appeal mailed to CCA, New Orleans, La. | | | |
| 12/28/65 | Letter from CCA acknowledging receipt of record on appeal. | | | |
| 3/25/66 | Court Reporter's stenotype tapes of hearing held 11/15/65, filed. | | | |
| 10/21/66 | Petition of Carol Ann Brocato for leave to transfer to Clarksdale Senior High School, filed. | | | |
| 10/21/66 | Order directing Deft. to permit Carol Ann Brocato to transfer to Clarksdale Senior High, ent COB 2 p 821. Two cert. copies of Order handed to petitioner's attorney (Hon. Vincent Brocato) for service on Deft. | | | |
| 3/28/67 | Judge Clayton's letter of March 24, 1967; copy of letter mailed to Marian E. Wright, Jackson, Miss.; Derrick A. Bell, N.Y., NY.; Hon. Geo. F. Maynard, Hon. William H. Maynard and Hon. Semmes Luckett, Clarksdale, Miss.; and Hon. Will Wells, Asst. Atty. General, Jackson, Miss. | | | |
| 4/17/67 | Motion of pltf's counsel, Hon. Derrick A. Bell, Jr. to withdraw, filed. | | | |
| 4/18/67 | Order Granting leave to counsel Bell to withdraw, ent COB 2 p 844. Notice of entry of Order mailed to counsel. | | | |
| 7/24/67 | Notice of Appearance, Paul Brest and Iris Brest as counsel for Pltfs. Copy of Notice mailed to Judge Clayton's office. | | | |
| 4/19/68 | Filed Notice of Appearance, Reuben V. Anderson, as additional counsel for Pltfs. | | | |
| 3-12-69 | Filed Notice of Appearance, Fred L. Banks, Jr. as additional counsel for Pltfs. | | | |
| 3-8-69 | Filed copy of Opinion of the United States Court of Appeals for the Fifth Circuit (March 6, 1969) | | | |
| 5-27-69 | Filed Notice of Appearance of Melvyn R. Leventhal as Atty. for Pltfs. | | | |
| 6-27-69 | Filed Notice of Appearance of John A. Nichols as atty. for pltfs. | | | |
| 6-30-69 | Received Original record from Court of Appeals, New Orleans. Filed Per Curiam. Filed Judgment issued as Mandate. Mailed copy to Judge Keady, attys. for pltfs. and attys. for defts. | | | |
| 7-3-69 | Mailed Notice of assignment of judge to counsel of record. | | | 255 |
| 7-7-69 | Filed copy of Opinion of U. S. Ct. of Appeals on Petition For Rehearing & Petition For Rehearing En Banc. BOTH DENIED. | | | |
| 7-9-69 | Entered Order signed by Judge Keady on 7-8-69, directing defts. to file new plan of desegregation not later than 7-23-69, pltfs. to make objections by 7-28-69 and plan to be considered in C'dale on 7-30-69, in COB 4, pages 157 & 158. Notice of entry mailed to counsel of record. | | | |
| 7-11-69 | Filed Motion to Vacate Order dated July 8, 1969. Copy mailed to Martin Kilpatrick. | | | |
| 7-14-69 | Filed copy of letter written by Law Clerk to counsel advising of change of time to 7-17-69 in G'ville for hearing on question of whether proceedings should be deferred. | | | |

D. C. 110

| DATE | FILINGS--PROCEEDINGS | CLERK'S FEES ||| AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|---|---|---|
|  |  | PLAINTIFF || DEFENDANT |  |
| 7-15-69 | MAILED JACKET FILE TO GREENVILLE. | | | | |
| 7-18-69 | Entered Order signed by Judge Keady on 7-17-69, vacating Order of this ct. dated 7-8-69 pending disposition by US Ct. of Appeals of defts' motion to rescind mandate, in COB 4, page 164. Notice of entry mailed to counsel of record. | | | | |
| 7-30-69 | Filed Interrogatories to Defendants. | | | | |
| 8-14-69 | Filed Request by Defendants for Admissions. | | | | |
| 8-25-69 | Filed Plaintiffs' Answers to Request by Defendants for Admissions. | | | | |
| 8-25-69 | Mailed Record and Exhibits back to Fifth Circit at request of Mr. Luckett. He is filing on behalf of his clients, a petition for writ of certiorari and requests the Clerk to certify same on to the Supreme Court of U. S. | | | | |
| 8-27-69 | Filed Plaintiffs' Objections to Request by Defts. for Admissions, together with Notice of Motion. Copies mailed to Martin Kilpatrick in G'ville. | | | | |
| 9-2-69 | Filed copy of letter from Law Clerk to counsel setting Rx 9-22-69 for Motions to be heard. Aberdeen, Miss. | | | | |
| 9-15-69 | MAILED JACKET FILE TO ABERDEEN for Motions on 9-22-69. | | | | |
| 10-1-69 | Filed (in G'ville) Petition for Injunction Against Interference with the Operation of the Schools of the District in Accordance with the Orders of this Court and Against Interference with Defendants and their Attorney in the Performance of Their Constitutional Du | | | | |
| 10-1-69 | Order signed by Judge Keady setting hearing on application for preliminary injunction fo 10-3-69 in G'ville, entered in COB 4, page 318. | | | | |
| 10-3-69 | Bond and Security for Preliminary Injunction in the amount of $2,000.00 accepted by Judg Keady and placed in Jacket File. | | | | |
| 10-3-69 | Filed Exhibits 1 through 9 for Petitioner. | | | | |
| 10-6-69 | Entered Order signed by Judge Keady on 10-3-69 enjoining Aaron E. Henry, et al, from picketing the residence of school Trustees and their attys., etc. Marshal directed to order on persons involved. COB 4, pages 319 and 320. | | | | |
| 10-13-69 | Filed returned Orders with Marhsal's Return showing service on Aaron Henry at Clarksdal on 10-1-69, setting hearing; and on Aaron Henry, R. L. Drew, Bennie Gooden, James Julus Guy and David Self on 10-3-69 at Clarksdale and B. F. McLaurin and Roberta McCaskill on 10-4-69 at Clarksdale. | | | | |
| 10-21-69 | Filed Ct. Rpr's transcript of proceedings held in G'ville on 10-3-69 before Judge Keady. | | | | |
| 11-26-69 | Entered Order, signed by Judge Keady on 11-25-69, directing School District to confer with HEW for adoption of new plan; recommendation to be filed by 12-23-69; objections t be filed by 1-2-70; evidentiary hearing set for C'dale on 1-9-70. COB 4, p. 377 & 378. Notice of entry mailed to counsel of record. | | | | |
| 12-12-69 | Filed Answer of Defendant, Clarksdale Municipal Separate School Dist. to Interrogatorie Propounded to it by Plaintiffs. | | | | |
| 12-23-69 | Filed (in G'ville) Report & Proposed Plan of H. E. W. | | | | |

DC 6428-K

D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Ord Judgment |
|---|---|---|
| 1-2-70 | Filed defts' Objections to Plan for School Desegregation Filed by US Office of HEW; Motion to Strike Desegregation Plan Prepared & Filed by HEW; Motion to Dismiss Because of Lack of Jurisdiction Over Subject Matter. Copies mailed to Judge Keady's Law Clerk. | |
| 1-5-70 | Filed Pltfs' Objections to Plan of Desegregation. Copy mailed to John Hailman. | |
| 1-9-70 | Entered Exhibits # 1 through # 17. | |
| 1-10-70 | Filed Response to Directions of Court. | |
| 1-13-70 | Filed Motion for Modification of Order or in the Alternative, for Additional Finding of Facts. Copy mailed to John Hailman. | |
| 1-14-70 | Entered Order, signed by Judge Keady on 1-10-70, setting out steps to be implemented in obedience to mandate of 5th Circuit with goal toward desegregation, in COB 4, pages 443-449. Notice of entry mailed to counsel of record. | |
| 1-14-70 | Entered Order of Reference to Special Master, signed by Judge Keady on 1-10-70, in COB 4, pages 450-452. Notice of entry mailed to counsel of record. | |
| 1-15-70 | Entered Order denying pltfs' motion for modification or add'l finding of facts, signed by Judge Keady on 1-14-70, in COB 4, page 455. Notice of entry mailed to counsel of record. | |
| 1-15-70 | Entered Order denying pltfs' motion for injunction placing HEW plan into effect immediately pending appeal, signed by Judge Keady on 1-14-70, has been entered in COB 4, page 456. Notice of entry mailed to counsel of record. | |
| 1-15-70 | Filed Notice of Appeal - $250.00 cash bond. Certified copy of Notice mailed to 5th Circuit, Ct. Rpr, Law Clerk & opposing counsel. | |
| 1-28-70 | Filed Notice of Appeal & Cross-Appeal by Defts., together with $250.00 Cost Bond. | |
| 1-28-70 | Mailed original record on appeal to Fifth Circuit. | |
| 1-29-70 | Filed Pltfs' Designation of Record on Appeal. Copy mailed to 5thCircuit. | |
| 2-19-70 | Mailed Exhibits to 5th Circuit as per request from Semmes Luckett. Maps & aerial photo. | |
| 3-2-70 | Entered Order, signed by Judge Keady on 2-27-70, extending time for filing of report by special master until 3-10-70, in COB 5, page 102. Notice of entry mailed to counsel of record. | |
| 3-11-70 | Filed Special Master's Plan dated 3-6-70. Mailed certified copies to all counsel of record and to Supt. of School. | |
| 3-12-70 | Filed statement of Special Master for professional services & out of pocket expenses. | |
| 3-18-70 | Filed Motion for Additional Time in Which to File Objections to Master's Plan. Copy mailed to Law Clerk. | |
| 3-19-70 | Entered Order, signed by Judge Keady on 3-18-70, allowing payment of services & expenses to Dr. Murphy, in COB 5, page 138. Notice mailed to all counsel of record. | |
| 3-19-70 | Entered Order, signed by Judge Keady on 3-18-70, extending time for filing exceptions to plan until 4-13-70, in COB 5, page 139. Notice of entry mailed to all counsel. | |
| 4-9-70 | Mailed Notice of Hearing on Special Master's Report & Objections thereto, to be held in Aberdeen on 4-15-70, to all counsel of record. | |
| 4-10-70 | MAILED JACKET FILE TO ABERDEEN for hearing on 4-15-70. | |
| 4-10-70 | Filed Pltfs' Objections to Report & Plan of Special Master & Statement of Position. | |
| 4-10-70 | Filed Interrogatories to Defendant. | |
| 4-13-70 | Filed Notice of Depositions Upon Oral Examination to be taken by Pltfs. in Atlanta, Ga. on 4-17-70. | |
| 4-13-70 | Filed Objections of Defts. to Spec. Master's Plan. Copy mailed to Judge Keady. | |
| 4-15-70 | Notice mailed (from Aberdeen) to all counsel of record resetting hearing for 4-24-70 in Aberdeen. | |
| 4-17-70 | Filed Ct's Opinion received from 5th Circuit, retaining jurisdiction during limited remand for further proceedings . | |
| 4-24-70 | Hearing in Aberdeen on Spec. Master's Rpr. & Exceptions. Matter taken under advisement. Filed Pltf's Exhibit #1. | |
| 5-5-70 | Filed pltfs' Motion for Order Providing for Periodic Reports, together with Notice. Copies mailed to Judge Keady. | |
| | OVER | |

| DATE | PROCEEDINGS | Date Ord Judgment |
|---|---|---|
| 5-11-70 | Filed Memo. Opinion of Ct. dated 5-8-70, and entered Order, signed by Judge Keady on 5-8-70, overruling exceptions of pltfs. & defts. to master's plan and adopting said plan in its entirety, with supplements thereto, in COB 5, pages 220-224, inclusive. Notice of entry mailed to counsel of record. | |
| 5-12-70 | Filed Ct. Rpr's transcript of proceedings held in Aberdeen, Miss. on 4-24-70. (Cook) | |
| 5-12-70 | Mailed record on appeal to 5th Circuit. | |
| 5-22-70 | Filed Motion to Withdraw the Record. Copy mailed to Judge Keady. | |
| 5-25-70 | Filed defts' Response to Motion to Withdraw the Record. Copy mailed to Judge Keady. | |
| 5-27-70 | Filed letter from John Hailman, Law Clerk, with Judge's instructs re: mailing record to counsel for both parties. | |
| 5-27-70 | Mailed original record to counsel for pltfs. by Registered Mail, return receipt requested | |
| 6-2-70 | Filed Defts' Answers to Interrogatories Dated April 9, 1970. | |
| 7-2-70 | Filed copy of letter from counsel for pltfs. to counsel for defts. forwarding record to | |
| 8-13-70 | Filed Fifth Circuit Court's opinion-order - REVERSED and REMANDED as to principal appeal; AFFIRMED as to cross-appeal. Mailed copy of same to Judge Keady, Atty. Leventhal and Luckett. | |
| 8-17-70 | MAILED JACKET FILE TO GREENVILLE | |
| 8-18-70 | Mailed notice (ffom Greenville) that a pretrial conference to be followed by a full hearing is set for Fri. Aug. 21, 1970, 10:00 A.M., at Greenville, Miss. | |
| 8-20-70 | Filed Motion For Amendment To Order Of May 8, 1970xxxigns Mailed Copy to Judge Keady's Law Clerk. Mailed orig. to Greenville to be placed in jacket file. | |
| 8-24-70 | Entered Supplemental Order Upon Remand, signed by Judge Keady on 8-21-70, in COB 5, pages 340-343. Notice of entry mailed to counsel of record. | |
| 8-25-70 | Entered Order, signed by Judge Keady on 8-24-70, setting out deadlines for submission of reports mentioned in ¶¶ 4 & 6 of above order, in COB 5, page 344. Notice of entry mailed to counsel of record. | |
| 10-14-70 | Filed Motion to withdraw $250.00 cash bond on appeal by counsel for pltfs. Copy mailed to Judge Keady. | |
| 12-8-70 | Filed copy of letter from Advisory Committee to Judge Keady regarding add'l time & help in submitting plan for desegregation of Booker T. Washington School. | |
| 12-8-70 | Filed copy of letter from Judge Keady to Advisory Committee extending time for add'l 30 | |
| 12-8-70 | Filed copy of letter from Judge Keady to counsel for defts. with regard to progress of | |
| 12-28-70 | Filed Proposed Plan of Pupil Assignment. Copy mailed to Judge Keady. | |
| 1-11-71 | Mailed Notice to counsel of record setting Hearing for C'dale on 1-18-71. | |
| 1-12-71 | Filed letter received by Judge Keady on 1-8-71 from Advisory Committee with their recom | |
| 1-12-71 | Filed Response by Defts. to Plaintiffs' Proposed Plan of Pupil Assignment. | |
| 1-15-71 | Filed Pltfs' Alternative Plan of Pupil Assignment. Copy handed to Judge Keady. | |
| 1-19-71 | Entered Order, signed by Judge Keady on 1-19-71, effecting plan for desegregating Booke T. Washington School, effecting by Sept., 1971; biracial committee to make recommendati on zone lines for Oliver by 4-1-71, school board by 4-20-71; evidentiary hearing set fo May term of Ct. & final order to be entered. COB 6, pages 161-163. Certified copy of Order mailed to all members of biracial committee, members ot Bd. of Edu., Supt. of Edu and counsel of record as directed in Order. | |
| 1-26-71 | Entered Order, signed by Judge Keady on 1-25-71, ordering school board to file report 3-1-71, & on 12-1 and 4-15 of each school year subsequent to 70-71 setting forth info. required in order. COB 6, pages 177-179. Notice of entry mailed to counsel of record | |
| 2-24-71 | Filed copy of letter from Judge Keady to counsel for defts. in reply to his letter of advising of standard procedure on rpring. | |
| 3-1-71 | Filed Report called for by order of 1-25-71. | |
| 3-18-71 | Filed copy of letter from Judge Keady to Chairman of Advisors Committee re: attendance meeting on 3-22-71 by members. Copy mailed to all members as directed by Frances on te | |
| 3-22-71 | Filed Motion for Supplemental Relief with Notice of Motion. Filed Interrogatories to Defendants. Copies mailed to Judge Keady. | |
| 3-26-71 | Mailed Notice to counsel of record setting hearing on motion for supp'l relief in C'dale 5-19-71. | |

. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Order Judgment N |
|---|---|---|
| 4-1-71 | Filed letter from Advisory Committee to Judge. | |
| 4-1-71 | Entered Order, signed by Judge Keady on 3-31-71, ordering Bd. of Trustees & Supt. to file proposal for altering zonw lines of Oliver to serve grades 1-6 by 4-20-71, same to be considered by ct. on 5-19-71. COB 6, pages 285 & 286. Notice of entry mailed to counsel of record. | |
| 4-19-71 | Filed Answers to Interrogatories Propounded to Defendants. | |
| 4-20-71 | Filed Response of Defts. to Orders of 1-19-71 & 3-31-71. | |
| 5-18-71 | Mailed Notice to counsel of record resetting hearing on motion for supp'l relief for 5-27-71 in C'dale. | |
| 5-27-71 | Filed Amendment to Response of Defendants to Orders of 1-19-71 & 3-31-71. | |
| 5-27-71 | Order, signed by Judge Keady, setting out faculty ratio, and assignment of pupils for preceding school year. COB 7, pages 34-36. Notice of entry mailed to counsel. | JS6 |
| 9-8-71 | Filed Defts' Motion for Leave to Assign to Booker T. Washington Elementary School, Certain Students now Assigned to Oliver Elementary School. Copy mailed to Frances Griff | |
| 9-9-71 | Entered Order, signed by Judge Keady on 9-7-71, authorizing defts. to reassign & transfe 4th, 5th & 6th grade students from Oliver to Booker T. for purpose of relieving overcrowded conditions at Oliver. COB 7, page 132. Notice of entry mailed to counsel. | |
| 12-1-71 | Filed Report called for in Order of 1-25-71. | |
| 3-16-72 | Filed Petition for Permission to Sell Lands Not Needed for School Purposes and to Invest the Proceeds in Similar Property. Copy handed to Will Ford. | |
| 3-21-72 | Mailed Notice of Hearing in G'ville on 3-31-72, to counsel of record. | |
| 3-29-72 | Filed Pltfs' Response to Defts' Petition for Permission to Sell Lands not Needed for School Purposes. Copy mailed to Frances Griffin & original mailed to Mary for jacket fi | |
| 4-3-72 | Entered Order, signed by Judge Keady on 3-31-72, directing the Board of Trustees to submit alternative proposals for acquisition of other school sites in "neutral" neighborhoods, etc. before selling presently owned site in NE sector of Clarksdale, in COB 8, pages 67 & 68. Notice of entry mailed to counsel of record. | |
| 6-14-72 | Filed Report called for by order of Ct. dated 1-25-71. | |
| 7-5-72 | Filed Petition for Permission to Sell Lands Not Needed for School Purposes and to Invest the Proceeds in the Purchase or Rental of Portable Classrooms. Copy mailed to Judge Keady by counsel. to Judge by counsel. | |
| 7-25-72 | Answer to School District's Petition for Permission to Sell Lands filed. Copy mailed/ | |
| 7-27-72 | Response to Pltfs' Answer to Petition for Permission to Sell Lands filed. Copy mailed to Frances Griffin. | |
| 8-1-72 | Motion to Compel Defendants to Transport Students filed. Copy mailed to Judge Keady by counsel. | at 2 P. |
| 8-2-72 | Filed letter from Law Clerk to counsel setting hearing on motions in G'ville on 8-9-72/ | |
| 8-7-72 | Motion to Remove & Replace Board of Trustees & Notice thereof filed. Motion to Add Parties Defendant & Notice thereof filed. Copies mailed to Judge Keady by counsel. | |
| 8-8-72 | Mailed Notice of Hearing on Motions set for G'ville on 9-25-72 at 9:00 a.m., to counsel. | |
| 8-9-72 | Hearing (in G'ville) on defts' petition for permission to sell lands - petition granted. | |
| 8-14-72 | Defts' Exhibits 1-A through 1 G, placed in jacket file. | |
| 8-14-72 | Order Authorizing Sale of Lands not Needed for School Purposes and for Use of Proceeds of Sale, signed by Judge Keady on 8-9-72, entered in Civil Order Book 8, pages 231-234. Notice of entry mailed to counsel of record. | |
| 8-22-72 | Deft's Interrogatories to Pltfs. filed. | |
| 9-15-72 | Deft's Response to Motion to Compel Defendants to Ransport Students filed. Copy mailed to Ray Mitchell. | |
| 9-25-72 | Pltfs' Motion to compel defts. to transport students sustained. | |
| 9-25-72 | Entered Order, signed by Judge Keady on 9-25-72, directing defts. to bus students in grades 1 through 6 that lived more than 1½ miles from school, to commence 10-16-72. COB 8, pages 276 & 277. Notice of entry mailed to counsel of record. | |
| 10-2-72 | Motion to Amend Order of 9-25-72 filed. Copy mailed to law clerk. | |
| | OVER | |

| DATE | PROCEEDINGS | Date Or Judgmen |
|---|---|---|
| 10-4-72 | Entered Order, signed by Judge Keady on 10-3-72, directing that defts. not utilize any of the reassignment methods suggested in § 4 of their response so as to minimize number of students required to be transported, in COB 8, pages 293 & 294. Notice of entry mailed to counsel of record. | |
| 10-6-72 | Filed copy of letter from Judge Keady to counsel re, re-/employment of black science major as proposed by deft. school board. | |
| 10-6-72 | Filed Notice of Appeal, Cost Bond & Designation of Record and Statement of Issue to be Presented on the Appeal. Certified copy of Notice mailed to counsel, 5th Circuit, Mrs. Hogue & Ct. Rpr. | |
| 10-18-72 | Filed Ct. Rpr's Transcript of proceedings held in C'dale on 9-25-72, before Judge Keady (Kelly). | |
| 10-20-72 | Mailed Record on Appeal, as designated, to 5th Circuit. | |
| 11-30-72 | Report by order of 1-25-71, filed. | |
| 11-22-72 | Filed copy of Motion of pltfs. to return appeal bond & copy of Judge's order. Filed copy of check # 2060 for $1,500.00 payable to Anderson, Banks, Nichols & Leventha as refund of cost bonds on appeal. | |
| 4-16-73 | Filed Report to the Court | |
| 6-25-73 | Filed certified copy of an opinion-order of 5th Circuit issued as and for the mandate, AFFIRMED & REMANDED. Copy mailed to Ray Mitchell at G'ville. | |
| 7-5-73 | Filed Bill of Costs approved by 5th Circuit & taxed in the amount of $59.50. | |
| 7-9-73 | Received original record on appeal from 5th Circuit. | |
| 10-29-73 | Notice of Withdrawal of pltfs' motion to remove & replace Bd. of Trustees filed on or about 8-3-72, filed. Copy mailed to Ray Mitchell at G'ville. | |
| 11-30-73 | Filed Report to the Court | |
| 3-26-74 | Entered Order, signed by Judge Keady on 3-25-74, sustaining motion filed 10-14-70 & directing that Clerk refund to pltfs. the sum of $250.00 as appeal bond, in COB 11, p. Certified copy mailed to Clerk for payment. | |
| 4-1-74 | Report to the Court filed. | |
| 4-4-74 | Received copy of check & transmittal letter with return receipt showing $250.00 refund for cost bond received by counsel for pltfs. | |
| 8-1-74 | Motion for Leave to File Supp'l Complaint & Notice of Motion filed. Motion for Leave to Intervene as a Party Pltf. & Notice of Motion filed. Motion to Shorten Time for Filing Answers to Interrogs. & Notice of Motion filed. Interrogatories to Deft. filed. Copy of all motions & notices mailed to Ray, together with copy of proposed supp'l compl | |
| 8-16-74 | Response in Opposition to Motion of Joseph Hardy for Leave to Intervene as a Party Plaintiff filed. Copy mailed to Judge Keady at G'ville. | |
| 8-23-74 | Received copy of letter from Judge Keady to counsel with regard to attorney's fees. | |
| 8-23-74 | Entered Order, signed by Judge Keady on 8-22-74, denying motion of Joseph Hardy to intervene as a party pltf. but w/o prejudice to his right to file independent action. COB 11, pages 239 & 240. | |
| 9-18-74 | Entered Order, signed by Judge Keady 9-16-74,(1) allowing Pltfs 30 days to file motion for fees enumerating legal services rendered prior to 7-1-72 etc., (2) that within 15 days after receipt of motion and accompanying affidavits, defts. shall respond, (3) that sworn responses must be made by defts to all statements of fact made under oath by pltfs or their representatives, (4) that the issue of attys fees is set for full hearing at Clarksdale on 12-18-74 at 9:00 A.M. and (5) that the court schedules a pretrial conference on 12-11-74 at 1:30 P.M. in Clarksdale. COB 11, page 264. Notice of entry mailed counsel. | |
| 9-18-74 | Mailed notice of Pretrial Conference to be held in Clarksdale on 12-11-74 at 1:30 P.M. to all concerned. | |
| 10-25-74 | Entered Order, signed by Judge Keady, allowing pltfs. an add'l 60 days within which to file documents enumerated in Ct's 9-16-74 order, in COB 12, page 17. | |
| 11-27-74 | Report to the Court called for by order of 1-25-71, filed. | |
| | SEE NEXT PAGE | |

D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Ord Judgment |
|---|---|---|
| 1-10-75 | Affidavit in Support of Motion for Award of Attorney's Fees filed. Copy mailed to Judge Keady by counsel. | |
| 1-22-75 | Affidavit in Support of Award of Pltfs' Attorneys' Fees filed by Melvin Leventhal. Copy mailed to Judge Keady by counsel. | |
| 2-20-75 | Entered Order, signed by Judge Keady on 2-18-75, allowing defts. an add'l 30 days from date in which to file response to pltfs' motion & affidavits as required by Ct's order of 9-16-74, in COB 12, page 220. | |
| 3-24-75 | Report to the Court called for by order of 1-25-71, filed. | |
| 9-29-75 | Mailed Notice of Hearing on Issue of Attys' Fees set for G'ville on 11-10-75 at 1:30. | |
| 10-10-75 | Motion for an Award of Attorneys' Fees filed. Copy mailed to law clerk. | |
| 11-5-75 | Objections by Defts. to Award of Attorney's Fees with Affidavit of Gycelle Tynes, Former Superintendent of Schools and Affidavit of Chester H. Curtis, Former Pres. of Bd. of Trustees, filed. Copy mailed to law clerk. | |
| 11-11-75 | Entered Order, signed by Judge Keady on 11-10-75, directing pltfs. to pay to Hon. Melvyn R. Leventhal, counsel for pltfs., the sum of $1,500.00 as attys. fees for services since 7-1-72. All claims for services rendered prior to said date are denied. COB 14, page 64. Notice of entry mailed to counsel of record. | |
| 12-1-75 | Report to the Court filed. | |
| 12-8-75 | Notice of Appeal filed. $250.00 Cash Cost Bond received (R#28076) Copy of notice mailed to 5th Circuit, counsel of record & Ct. Rpr. | |
| 12-22-75 | Filed Ruling of the Court given on Nov. 10, 1975 | |
| 1-16-76 | Motion of Defts. for Order of Dismissal filed. Copy mailed to law clerk, together with orig. of the brief. | |
| 1-19-76 | Mailed record on appeal to 5th Circuit with copy of cover letter & docket entries, as numbered, to counsel of record. | |
| 1-22-76 | Entered Order, signed by Judge Keady on 1-21-76, holding defts' motion for final order in abeyance pending final outcome of appeals, in COB 14, page 211. | |
| 1-30-76 | Received copy of letter from counsel for appeallant to 5th Circuit with request that entrie record be mailed as opposed to record already mailed. | |
| 2-2-76 | Mailed balance of record on appeal to 5th Circuit as requested by counsel for appellant. Copy of indexed docket entries mailed to counsel of record. | |
| 4-2-76 | Report to the Court, called for by order of 1-25-71, filed. | |
| 11-30-76 | Report to the Court, called for by order of 1-25-71, filed. | |
| 4-1-77 | Report to the Court by order of 1-25-71, filed. | |
| 12/1/77 | Report to Court by Order of 1/25/71, filed. | |
| 4/11/78 | Report to the Court by order of 1/25/71 (Clarksdale Mun. Sep. Sch. Dist.) | |
| 9-22-78 | Fld. copy of Memo. to counsel re. placing registry funds in interest-bearing accts. | |
| 12-5-78 | Report to the Court. | |
| 12-11-78 | Copy of Ct's Opinion (5th Circuit). Certified copy of J'ment issued as & for mandate. Bill of Costs approved by the Ct. | |
| 4-12-79 | Report to the Court. | |
| 4-18-79 | Defts' Renewed Motion for Order of Dismissal. | |
| 5-1-79 | Memo. from law clerk requesting Fred Banks' response to defts' renewed motion for order of dismissal with accompanying legal memo. w/in 10 days. | |
| 5-24-79 | Notice of Hrg. on Motion for Order of Dismissal, set for C'dale on 7-18-79 at 2 p.m. | |
| 7-18-79 | MOTION TO ADD PARTIES DEFT. | |
| 7-19-79 | Defts' Objections to Motion to Add Parties Pltf. | |
| 7-19-79 | AT HRG. - Defts' renewed motion for order of dismissal DENIED; Pltfs' motion to add add'l parties pltf. DENIED W/O PREJ. Exhibits placed in jacket file. | |
| 7/23/79 | Ct's Order denying defts' Motion for Order of dismissal. Entered in COB 19 pp. 277. Notice of entry mailed to counsel. Defts' Add'l Objections to Motion to add Parties Pltf. | |

| DATE | PROCEEDINGS | Date Judgme |
|---|---|---|
| 9/28/79 | Ct's Order dated September 27, 1979 overruling Defts Objection to Pltf's motion to admit movants as representative pltfs to maintain case as a class action in lieu of Rebecca Henry, et al.  COB 19, Page 385 & 386. | |
| 10-26-79 | NOTICE OF APPEAL. Certified copy with certified copy of docket entries mailed to 5th Circuit. Copy of notice mailed to counsel. $70.00 filing fee paid. | |
| 10-31-79 | DESIGNATION OF PARTS OF RECORD APPELLANTS INTEND TO INCLUDE IN RECORD & STATEMENT. | |
| 11-14-79 | Designated Record mailed to 5th Circuit with copy of index to counsel of record. | |
| 11/16/79 | Designation of Additional Parts of the Transcript to be included in the record on appeal- copy mailed Ct. of Appeals<br>Mailed Appeal Information Sheet together with analysis to Fred L. Banks, Jackson | |
| 12/20/79 | Non-Jury Proceedings held July 19, 1979 before Judge William C. Keady. (Elijah Wilson on Direct Examination & Cross Examination) | |
| 4/15/80 | Report to the Court. | |
| 12/12/80 | Report to the Court. | |
| 2/18/81 | Pltfs' response to renewed Motion for Order of Dismissal and Motion for Supplemental Order. | |
| 2/19/81 | Supplemental Designation of Record on Appeal. | |
| 4/14/81 | Report to the Court. | |
| 5-28-81 | Mailed Notice to counsel of record to pick up any bulky exhibits and maintain them in their possession. | |
| 6/16/81 | COURT'S ORDER (5th Circuit Court of Appeals) Ordered and adjudged by this court that the j'ment of Dist. Court is AFFIRMED. It is further ordered that defts/appellants pay to pltfs/appellees, the costs on appeal to be taxed by the clerk of this court. | |
| | COURT'S OPINION. | |
| | BILL OF COSTS APPROVED BY 5TH CIRCUIT. | |
| 12/21/81 | Report to the Court. | |
| 4/14/82 | Report to the Court. | |
| 12/13/82 | Report to The Court. | |
| 4/14/83 | Report to The Court | |
| 12/20/83 | REPORT TO THE COURT Clarksdale Municipal Separate School Dist. | |
| 2/6/84 | MOTION To Amend the Previous Order Regarding Elem. School Pupil Assignm | |
| 2-13-84 | NOTICE        setting hrg. on defts' motion to amend previous order, in C'dale on 3-15-84 at 9 a.m. | |
| 2/15/84 | RESPONSE to Motion to Amend Previous Order Regarding Elem. School Pupil Assignments by pltfs. | |
| 2-24-84 | CT'S ORDER        granting pltfs. 10 days from date (2-23) w/in which to respond to defts' motion to amend previous order; parties directed to meet with the ct. in C'dale on 3-15-84 at 2 p.m. | |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. DC64-28-WK |
|---|---|---|
| Rebecca E. Henry, et al | The Clarksdale Municipal Separate School District, et al | PAGE ___ OF 12 PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 3-7-84 | | PLTFS' RESPONSE TO DEFTS' MOTION TO AMEND PREVIOUS ORDER REGARDING ELEMENTARY SCHOOL PUPIL ASSIGNMENT. |
| 4-17-84 | | REPORT TO THE COURT. |
| 5-1-84 | | CONSENT ORDER REGARDING ELEMENTARY SCHOOL PUPIL ASSIGNMENTS AND OTHER MATTERS (WCK 4-30). |
| 7-13-84 | | CONSENT ORDER APPOINTING BIRACIAL COMMISSION. |
| 12/18/84 | | REPORT TO THE COURT. |
| 4/15/85 | | REPORT TO THE COURT. |
| 7-23-85 | | CONSENT ORDER   Regarding Realignment of Myrtle Hall Elementary and George Oliver Elementary School Zone. |
| 12-13 1986 | | REPORT TO THE COURT. |
| 1/30 | | ORDER (GHD)   1/27/86 Consent order establishing second junior high school and combining Oakhurst and Riverton Elementary Zones |
| 4-18 | | REPORT to the Court |
| 12-11 | | REPORT TO THE COURT |
| 1987 | | |
| 4-29 | | REPORT TO THE COURT. |
| 12-10 | | REPORT TO THE COURT. |
| 05/01/90 | | REPORT TO THE COURT |
| 06/16/92 | | REPORT TO THE COURT |
| 04/21/93 | | REPORT TO THE COURT |
| 02/23/94 | | REPORT TO THE COURT |
| 01/10/95 | | REPORT TO THE COURT |
| 04/28/95 | | REPORT TO THE COURT |
| 01/12/96 | | REPORT TO THE COURT |
| 04/24/96 | | REPORT TO THE COURT |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 6428-D |
|---|---|---|
| Rebecca E. Henry Et Al | The Clarksdale Municipal Separate School District Et Al | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 12/18/96 | | REPORT TO THE COURT |
| 04/15/97 | | REPORT TO THE COURT |
| 11/24/03 | | MOTION (D) to amend prior orders related to the desegregation of the Clarksdale Municipal School District. (Motion given to Judge Davidson by counsel). |
| 01/20/04 | | **ORDER Granting Motion to Amend Prior Orders Related To The Desegregation Of The Clarksdale Municipal School Disgrict. Signed By: Chief Judge Glen H. Davidson January 15, 2004** |
| 01/25/10 | | Motion (D) To Amend Prior Orders Related to The Desegregation of the Clarksdale Municpal School District, to allow the Implementation of "Magnet Schools". (Copy given to Judge Davidson) |
| 02/01/10 | | ORDER Granting Motion to Amend Prior Orders Related to the Desegration of the Clarksdale Municipal School District to Allow the Implementation of "Magnet Schools" |