*UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI

**NOTICE**

REBECCA E. HENRY, ET AL.

V.  CAUSE NUMBER: 2:64CV28

CLARKSDALE MUNICIPAL SEPARATE SCHOOL DISTRICT

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| **Place** | **Room No.** |
|---|---|
| UNITED STATES FEDERAL BUILDING<br>911 JACKSON AVENUE<br>OXFORD, MISSISSIPPI | COURTROOM 3 EAST - THIRD FLOOR<br><br>**Date and Time**<br>WEDNESDAY, OCTOBER 18, 2017, 10:00 AM |

**Type of Proceeding**

**MOTION HEARING - MOTION FOR TEMPORARY RESTRAINING ORDER [13] &[15] BEFORE U. S. DISTRICT JUDGE MICHAEL P. MILLS**

DAVID CREWS, Clerk of Court

   /s/ Sallie Wilkerson
(BY) Sallie Wilkerson - Courtroom Deputy

Date:  October 17, 2017

To:  Alvin O. Chambliss , Jr  (electronic notice only)

Fred L. Banks , Jr  (electronic notice only)

John H. Cocke  (electronic notice only)

**CONTACT SALLIE WILKERSON AT 662/281-3041 or Sallie_Wilkerson@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS**.